AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R. | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>4200 C. Street SW<br>Cedar Rapids, IA 52404 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Historical Society of the US Courts in the 8th Circuit |
| 2. Director | Northern District of Iowa Branch of Eighth Circuit Historical Society |
| 3. Power of Attorney | for ▨▨▨▨ until his death on May 12, 2009 |
| 4. Representative Payee for Social Security Benefits | for ▨ |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 11: 04
COPY



Reade, Linda R.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4 | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Bank Accounts | A | Interest | L | T | | | | | |
| 2.  Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3.  CSCO Stock | | None | J | T | | | | | |
| 4.  Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 5.  VanKampen Ins. Muni Inc Trust 14 | A | Interest | | | Redeemed | 05/01/09 | J | A | |
| 6.  Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 7.  -Stock Index Fund-Valic | | None | | | | | | | |
| 8.  -Science & Technology Fund-Valic | | None | | | | | | | |
| 9.  -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 10.  -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 11.  -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 12.  Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 13.  -Schwab Money Market Fund | | | | | | | | | |
| 14.  -Allstate Corp | | | | | Buy | 1/29/09 | K | | |
| 15.  -Altria Group, Inc`` | | | | | Buy (add'l) | 8/20/09 | K | | |
| 16. | | | | | Buy (add'l) | 10/12/09 | J | | |
| 17.  -Amedisys Inc. | | | | | Buy | 12/22/09 | K | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Am Tech Group Inc | | | | | | | | | |
| 19. -Amgen | | | | | Buy | 10/22/09 | K | | |
| 20. -Annaly Capital Mgmt Reit | | | | | Buy (add'l) | 1/23/09 | J | | |
| 21. | | | | | Buy (add'l) | 5/7/09 | J | | |
| 22. | | | | | Buy (add'l) | 5/8/09 | J | | |
| 23. | | | | | Buy (add'l) | 10/16/09 | K | | |
| 24. -Apple | | | | | | | | | |
| 25. -Authentidate Hldg Corp | | | | | | | | | |
| 26. -Bank of Am Corp | | | | | Buy | 11/25/09 | K | | |
| 27. -Berkshire Hathaway | | | | | Buy | 9/23/09 | M | | |
| 28. -Birchcliff Energy | | | | | Buy | 9/18/09 | J | | |
| 29. Blackrock Health Sciences Fund | | | | | | | | | |
| 30. -Blue Chip Value Fd | | | | | | | | | |
| 31. -Breed Technologies | | | | | Buy | 9/9/09 | K | | |
| 32. -CVS Caremark Corp | | | | | Buy | 09/09/09 | K | | |
| 33. -Capmark Bank NA | | | | | Matured | 4/15/09 | M | | |
| 34. -Cleanpath Resources | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Conoco Philips | | | | | Buy<br>(add'l) | 4/20/09 | K | | |
| 36. | | | | | Sold | 5/4/09 | L | | |
| 37.   -Constellation Energy | | | | | Buy | 7/28/09 | K | | |
| 38.   -Commercial Bank NA | | | | | Matured | 4/15/09 | M | | |
| 39.   -Corrections Corp Am | | | | | | | | | |
| 40.   -Devon Energy | | | | | Buy | 2/11/09 | K | | |
| 41. | | | | | Buy<br>(add'l) | 4/20/09 | K | | |
| 42. | | | | | Sold | 5/4/09 | L | | |
| 43. | | | | | Buy | 5/5/09 | L | | |
| 44. | | | | | Sold | 5/6/09 | L | | |
| 45. | | | | | Buy | 6/3/09 | L | | |
| 46. | | | | | Sold | 6/4//09 | L | | |
| 47. | | | | | Buy | 6/17/09 | L | | |
| 48. | | | | | Sold | 09/08/09 | L | | |
| 49.   -Electronic Arts Inc | | | | | Buy | 8/31/09 | K | | |
| 50.   -Endologix Inc | | | | | | | | | |
| 51.   -Equity Residential | | | | | Buy | 05/26/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GEO Group | | | | | Buy | 3/27/09 | J | | |
| 53. -General Electric Co | | | | | | | | | |
| 54. -General Growth | | | | | Buy (add'l) | 12/15/09 | K | | |
| 55. -HCP Inc Reit | | | | | Buy | 5/26/09 | K | | |
| 56. -Iowa Telecom | | | | | Buy (add'l) | 2/5/09 | J | | |
| 57. | | | | | Sold | 11/25/09 | K | | |
| 58. -Itau Unibanco Holding SA | | | | | Buy | 11/11/09 | K | | |
| 59. -JP Morgan Chase | | | | | Buy | 6/5/09 | K | | |
| 60. -Johnson & Johnson | | | | | Buy | 4/23/09 | L | | |
| 61. -LTC Properties Inc | | | | | Buy | 5/26/09 | K | | |
| 62. -Laudus Int'l Equity | | | | | Buy | 8/5/09 | K | . | |
| 63. | | | | | Buy (add'l) | 12/1/09 | J | | |
| 64. -Level 3 Communications | | | | | | | | | |
| 65. -Magellan Midstream Ptnrs | | | | | Buy | 11/23/09 | K | | |
| 66. -Matthews Pacific Tiger Fund | | | | | Buy | 7/30/09 | K | | |
| 67. | | | | | Buy (add'l) | 12/9/09 | J | | |
| 68. -Market Vectors Gold Miners | | | | | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Microsoft | | | | | | | | | |
| 70. -Oncothyreon | | | | | | | | | |
| 71. -Paragon Shipppng | | | | | Buy | 11/13/09 | K | | |
| 72. -Petaquilla Minerals | | | | | | | | | |
| 73. -Petroleo Brasileiro | | | | | Buy | 11/11/09 | K | | |
| 74. -Principal Financial | | | | | Buy | 1/29/09 | K | | |
| 75. | | | | | Buy (add'l) | 2/11/09 | J | | |
| 76. | | | | | Buy (add'l) | 2/25/09 | J | | |
| 77. | | | | | Buy (add'l) | 10/30/09 | K | | |
| 78. -Proctor & Gamble | | | | | Buy | 4/23/09 | K | | |
| 79. -Provident Energy T | | | | | Buy (add'l) | 5/20/09 | K | | |
| 80. -Qualcomm Inc | | | | | Buy | 12/23/09 | K | | |
| 81. -Renhe Commercial Hldg | | | | | Buy | 12/29/09 | K | | |
| 82. -Research in Motion | | | | | Buy | 10/16/09 | K | | |
| 83. -Sirius XM Radio fna Sirius Sat Radio | | | | | | | | | |
| 84. -Suntech Power | | | | | Buy | 5/26/09 | J | | |
| 85. -Southmark Corp | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Sun Health Care | | | | | | | | | |
| 87. -Telecom Argentina SA | | | | | | | | | |
| 88. -Tesoro Corp | | | | | Buy | 9/15/09 | K | | |
| 89. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 90. -Teva Pharm Inds, LTd | | | | | Buy | 8/13/09 | L | | |
| 91. -Time Warner | | | | | | | | | |
| 92. -Time Warner Cable | | | | | Spinoff (from line 91) | 3/30/09 | J | | |
| 93. -Ultrapar Particpacoes SA | | | | | Buy | 11/11/09 | K | | |
| 94. -US Natural Gas | | | | | Buy | 6//4/09 | K | | |
| 95. -Vanguard Total World Stock | | | | | Buy | 8/17/09 | K | | |
| 96. -Verizon Communications | | | | | Buy | 11/23/09 | K | | |
| 97. -Vornado Realty Trust | | | | | Buy | 12/23/09 | K | | |
| 98. -Wal-Mart DE CVSPN Adr F | | | | | | | | | |
| 99. -XTO Energy | | | | | Buy | 10/13/09 | K | | |
| 100. -Yamana Gold Inc | | | | | Buy | 11/13/09 | K | | |
| 101. McVean Trading and Investment | A | Int./Div. | K | T | | | | | |
| 102. Farming Operation Crops | E | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Farm 1 Dallas Co., IA | | | M | W | | | | | |
| 104. -Farm 3 Dallas Co. IA | | | L | W | | | | | |
| 105. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 106. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 107. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 108. -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 109. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 110. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 111. -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 112. -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 113. -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 114. -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 115. -Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |
| 116. Farm 20 Decatur County, IA | | | J | W | | | | | |
| 117. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 118. Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 119. Fidelity ExplorRoyalty Bowman Co, ND | B | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Liberty Banshares Inc(Appraisal 12/31/09) | | | O | Q | | | | | |
| 121. Ben Con Properties LLC | | None | K | U | | | | | |
| 122. Towne View Apartments, LTD | B | Interest | J | U | | | | | |
| 123. Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 124. Safe Bulkers Inc. | B | Dividend | K | T | | | | | |
| 125. Provident Energy | B | Dividend | J | T | | | | | |
| 126. Ohio Nat'l Life Ins (X) | A | Int./Div. | | | Redeemed | 4/13/09 | J | | |
| 127. Wells Fargo Bank (X) | C | Interest | J | T | | | | | |
| 128. US Bank (X) | | | J | T | | | | | |
| 129. Dacotah Bank (X) | A | Interest | J | T | | | | | |
| 130. The Care Group (X) | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Line 18--Stock of AM TECH GROUP has no value and will not appear on future reports.
Line 31 Stock of BREED TECHNOLOGIES has no vaule and will not appear on future reports

Line 102--Crop amount is for the farms listed at lines 103, 104, 106, 107, 108, 109, 111, 116

Part VII-Lines 126-130 These are assets over which I have or have had control for          (dob May 12, 2009) from January 20, 2009 to December 31, 2009 pursuant to a power of attorney.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544